CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 27 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ORLANDO D. HARVEY, <br> Plaintiff, | ) <br> ) Civil Action No. 7:06cv00066 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| T.L. WASHINGTON, <br> Defendants. | ) <br> ) By: Jackson L. Kiser <br> ) Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 27th day of January, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge